EMILY JOHNSON HENN (SBN 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com

SIMON J. FRANKEL (SBN 171552)
PATRICK R. CAREY (SBN 308623)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: sfrankel@cov.com
Email: pcarey@cov.com

*Attorneys for Defendants Nike, Inc. and FullStory, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURHAAN SALEH, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NIKE, INC., and FULLSTORY, INC.,<br><br>　　Defendants. | Civil Case No.: 2:20-cv-09581-FMO-RAO<br><br>**DEFENDANT FULLSTORY, INC.'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for FullStory, Inc., certifies that, the following interested parties may have a pecuniary interest in the outcome of this case: North American Capacity Insurance Company and Peleus Insurance Company.

These representations are made to enable the Court to evaluate possible disqualification or recusal.  FullStory, Inc. has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.s

DATED:  November 10, 2020

Respectfully submitted,

COVINGTON & BURLING LLP

By:  */s/ Simon J. Frankel*
     Simon J. Frankel

*Attorney for Defendants Nike, Inc. and FullStory, Inc.*