|   |   |
|---|---|
| 1 | EMILY JOHNSON HENN (SBN 269482) |
|   | COVINGTON & BURLING LLP |
| 2 | 3000 El Camino Real |
|   | 5 Palo Alto Square, 10th Floor |
| 3 | Palo Alto, CA 94306-2112 |
|   | Telephone: + 1 (650) 632-4700 |
| 4 | Facsimile: + 1 (650) 632-4800 |
|   | Email: ehenn@cov.com |
| 5 |   |
|   | SIMON J. FRANKEL (SBN 171552) |
| 6 | PATRICK R. CAREY (SBN 308623) |
|   | COVINGTON & BURLING LLP |
| 7 | Salesforce Tower |
|   | 415 Mission Street, Suite 5400 |
| 8 | San Francisco, CA 94105-2533 |
|   | Telephone: + 1 (415) 591-6000 |
| 9 | Facsimile: + 1 (415) 591-6091 |
|   | Email:       sfrankel@cov.com |
| 10 | Email: pcarey@cov.com |

*Attorneys for Defendants*
*Nike, Inc. and FullStory, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BURHAAN SALEH, individually and on behalf of all others similarly situated, | Civil Case No.: 2:20-cv-09581-FMO-RAO |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION [20] TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| NIKE, INC., and FULLSTORY, INC., | |
| Defendants. | Hearing Date: January 14, 2021 |
|   | New Hearing Date: January 28, 2021 |

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:**

1. The hearing on Defendants' motion to dismiss shall be continued from January 14, 2021 to **January 28, 2021 at 10:00 a.m.** or as soon thereafter is convenient for the Court.

2. Plaintiff's opposition to Defendants' motion shall remain due by **December 24, 2020.**

3. Defendants' reply to Plaintiff's opposition shall be due by **January 12, 2021**.

DATED:  December 15, 2020             /s/
                                         The Honorable Fernando M. Olguin
                                         United States District Judge