EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

SIMON J. FRANKEL (SBN 171552)
sfrankel@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
JENNA L. ZHANG (SBN 336105)
jzhang@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendants*
*Nike, Inc. and FullStory, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURHAAN SALEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC., and FULLSTORY, INC.,<br><br>Defendants. | Civil Case No.: 2:20-cv-09581-FLA-RAO<br><br>**DEFENDANTS NIKE, INC. AND FULLSTORY, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Honorable Fernando L. Aenlle-Rocha |

Defendants Nike, Inc. and FullStory, Inc. respectfully submit this Notice of Supplemental Authority regarding their pending Motion To Dismiss (s*ee* Dkt. Nos. 30–32) and Motion To Stay Discovery Pending Resolution of Defendants' Motion To Dismiss (*see* Dkt. Nos. 48–49, 51).  Defendants bring to the Court's attention an order entered on September 9, 2021 in *Goldstein v. Costco Wholesale Corp.*, a case before the Southern District of Florida.  The *Costco* order is attached to this notice as Exhibit A.

DATED: September 20, 2021

COVINGTON & BURLING LLP

By: */s/ Emily Johnson Henn*
EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

SIMON J. FRANKEL (SBN 171552)
sfrankel@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
JENNA L. ZHANG (SBN 336105)
jzhang@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendants*
*Nike, Inc. and FullStory, Inc.*