**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        jsmith@bursor.com

*Attorneys for Plaintiff*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURHAAN SALEH, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>NIKE, INC.,<br><br>         Defendant. | Civil Case No.: 2:20-cv-09581-FLA-RAO<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Honorable Fernando L. Aenlle-Rocha |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Burhaan Saleh and Defendant Nike, Inc., by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

Dated: February 9, 2022     **BURSOR & FISHER, P.A**.

By: ___*/s/ Joel D. Smith*___

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        jsmith@bursor.com

*Attorneys for Plaintiff*
*Burhaan Saleh*

Dated: February 9, 2022     **COVINGTON & BURLING LLP**

By: ___*/s/ Emily Johnson Henn*___

EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

SIMON J. FRANKEL (SBN 171552)
sfrankel@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com

| | |
|---|---|
| 1 | JENNA L. ZHANG (SBN 336105) |
| 2 | jzhang@cov.com |
| | COVINGTON & BURLING LLP |
| 3 | Salesforce Tower |
| 4 | 415 Mission Street, Suite 5400 |
| | San Francisco, CA 94105-2533 |
| 5 | Telephone: + 1 (415) 591-6000 |
| 6 | Facsimile: + 1 (415) 591-6091 |
| 7 | *Attorneys for Defendant* |
| 8 | *Nike, Inc.* |

### ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                              */s/ Joel D. Smith*
                                              Joel D. Smith