**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURHAAN SALEH,<br><br>             Plaintiff,<br><br>      v.<br><br>NIKE, INC.,<br><br>             Defendant. | Case No. 2:20-cv-09581-FLA (RAOx)<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [DKT. 80]** |

    On February 9, 2022, the parties filed a Joint Stipulation of Voluntary Dismissal with Prejudice ("Stipulation"), requesting the court dismiss this action pursuant to Fed. R. Civ. P. 41 with each party to bear its own costs and attorney fees. Dkt. 80. Accordingly, the court DISMISSES this action with prejudice. Defendant Nike, Inc.'s Motion to Stay Case, Dkt. 74, is DENIED as moot.

    IT IS SO ORDERED.

Dated: February 10, 2022

                                                           FERNANDO L. AENLLE-ROCHA
                                                           United States District Judge